IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
EMCO INTERNATIONAL,                    )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )
                                       )
IDM WORLDWIDE, LLC, d/b/a MULTI-       )
REACH, a/k/a MULTI-REACH, LLC,         )
                                       )
                    Defendant.         )
_____)
                                       )
IDM WORLDWIDE, LLC, d/b/a MULTI-       )
REACH, an Arizona limited              )
liability company,                     )
                                       )
                    Counterclaimant,   )
                                       )    No. 2:06-cv-1493-HRH
        vs.                            )
                                       )
EMCO INTERNATIONAL,                    )
                                       )
                    Counterdefendant.  )
_____)
```

O R D E R

Case Status / Amended Schedule

   Settlement negotiations assisted by Magistrate Judge Duncan are underway in this case. The Magistrate Judge recommends that pending litigation deadlines be extended for 60 days.[1]

---

  [1]  Docket No. 37.

- 1 -

The report and recommendation are adopted and approved. Compliance dates set forth in the court's scheduling and planning order of April 4, 2007,[2] are each extended for 60 days.

DATED at Anchorage, Alaska, this <u>10th</u> day of July, 2007.

<u>/s/ H. Russel Holland</u>
United States District Judge

---

[2] Docket No. 31.