IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
EMCO INTERNATIONAL,                    )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )
                                       )
IDM WORLDWIDE, LLC, d/b/a MULTI-       )
REACH, a/k/a MULTI-REACH, LLC,         )
                                       )
                    Defendant.         )
_____)
                                       )
IDM WORLDWIDE, LLC, d/b/a MULTI-       )
REACH, an Arizona limited              )
liability company,                     )
                                       )
                    Counterclaimant,   )
                                       )       No. 2:06-cv-1493-HRH
        vs.                            )
                                       )
EMCO INTERNATIONAL,                    )
                                       )
                    Counterdefendant.  )
_____)
```

O R D E R

Case Status

      The court is in receipt of the report and recommendation of Magistrate Judge Duncan who is assisting the parties to this case with settlement discussions. The report and recommendation is accepted. All compliance deadlines in this case are suspended for a period of 45 days. On or before October 30, 2007, the court will

- 1 -

look to receive a further report from Magistrate Judge Duncan or the parties, whichever they shall decide.

DATED at Anchorage, Alaska, this <u>13th</u> day of September, 2007.

<u>/s/ H. Russel Holland</u><br>
United States District Judge